No. 52. PRUDENCE-BONDS CORP. *v.* SILBIGER ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion the petition should be granted. *Charles M. McCarty* for petitioner. *Solicitor General Perlman* filed a memorandum for the Reconstruction Finance Corporation, respondent, and for the Securities & Exchange Commission, as *amicus curiae,* supporting the petition. *Samuel Silbiger, pro se; Frank L. Weil* for Weil; and *Lester H. Marks* for Miller, respondents.

No. 86. CHENERY CORPORATION ET AL. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Spencer Gordon* and *Charles A. Horsky* for petitioners. *Solicitor General Perlman, Robert L. Stern, Roger S. Foster* and *Ellwood L. Englander* for the Securities & Exchange Commission; *Allen S. Hubbard* for the Federal Water & Gas Corporation; and *Percival E. Jackson* for the Federal Water & Gas Corporation Common Stockholders' Committee, respondents.

No. 99. EMMICK *v.* BALTIMORE & OHIO RAILROAD CO. Appellate Court of Illinois, First District. The motion to amend the petition is granted. Certiorari denied. *Edward J. Bradley* for petitioner. *Edwin H. Burgess* and *James F. Wright* for respondent.